# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **Lloyd McCawley,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-01227 UNA |
| | ) | |
| **Casey's General Stores, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On July 8, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable David D. Noce, U.S. Magistrate Judge.

Dated this 12th day of July, 2010.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:10-cv-00038-DDN.**